THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00006-MR-DLH

MICHAEL SCARBOROUGH, )
)
        Plaintiff, )
)
vs. ) **JUDGMENT**
)
)
MICHAEL J. ASTRUE, )
**Commissioner of Social Security,** )
)
        Defendant. )
_____ )

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: January 16, 2013

Martin Reidinger
United States District Judge